UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHLEY PRINCE TRUEHILL | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1842 |
| LAFOURCHE PARISH ET AL. | * | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that amendment to add Warden Cantrelle Davis, Capt. Carla Beck, Lt. Neil Ledet, Lt. Stanley Jones; Lt. Brett Exnicious, and Lt. Craig Dennison as defendants via Plaintiff's §1983 Fact Order response and his *Spears* hearing testimony is **DENIED** as futile.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants Lafourche Parish, and Sheriff Webre be **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2), 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

New Orleans, Louisiana, this 25th day of July, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE